PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>                    v.<br><br>OMINA KHADIJAH RITSON,<br><br>                            Defendant. | CASE NO.  2:24-cr-00058-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; PROPOSED FINDINGS AND ORDER<br><br>DATE: April 24, 2024<br>TIME:  9:00  a.m.<br>COURT: Hon. Alison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on April 24, 2024.

2.      By this stipulation, the parties now jointly move to continue the status conference until May 20, 2024, at 9:00 a.m., and to exclude time between April 24, 2024, and May 20, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has provided counsel for defendant with discovery, including agency reports and photographs.  In addition, the government has three CDs that use proprietary software that will be produced in the upcoming days.

b)      Counsel for defendant desires additional time to review the discovery provided, to consult with her client, and to discuss potential resolutions with her client.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2024 to May 20, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] (reasonable time to prepare) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

///

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  April 18, 2024                                                    PHILLIP A. TALBERT
                                                                                        United States Attorney


                                                                                        /s/ HEIKO P. COPPOLA
                                                                                        HEIKO P. COPPOLA
                                                                                        Assistant United States Attorney


Dated:  April 18, 2024                                                    /s/ LINDA HARTER
                                                                                        LINDA HARTER
                                                                                        Counsel for Defendant
                                                                                        OMINA KHADIJAH RITSON



**[~~PROPOSED~~] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 18th day of April, 2024.


_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE