HEATHER E. WILLIAMS, SBN 122664
Federal Defender
LINDA HARTER, SBN 179741
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
OMINA RITSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMINA RITSON,<br><br>Defendant. | Case No. 2:24-cr-00058-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: May 20, 2024<br>Time: 9:00 a.m.<br>Judge: Allison Claire |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Linda Harter, counsel for Defendant Omina Ritson, that the previously scheduled status conference set for May 20, 2024 be continued to June 17, 2024 at 9:00 a.m.

The defense requested that the videos be produced. The government has been diligently working on disclosing these but there have been multiple technical problems. Those issues have been resolved for some, but not all of the videos. The defense will need to receive and review all of the videos in order to make a decision on how to proceed.

For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between May 20, 2024 and June 17, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that

1  the ends of justice served by granting the continuance outweighs the best interest of the public
2  and Ms. Ritson in a speedy trial.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: May 13, 2024                      /s/ Linda Harter
                                        LINDA HARTER
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        OMINA RITSON


Date: May 13, 2024                      PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/ Heiko Coppola
                                        HEIKO COPPOLA
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 15, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE