HEATHER E. WILLIAMS, SBN 122664
Federal Defender
LINDA HARTER, SBN 179741
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
OMINA RITSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:24-cr-00058-AC |
|---|---|
| Plaintiff, | ) **STIPULATION TO VACATE THE STATUS** |
| | ) **CONFERENCE DATE AND SET A NEW DATE** |
| vs. | ) |
| | ) New Date: July 29, 2024 |
| OMINA RITSON, | ) Time: 9:00 a.m. |
| | ) Judge: Allison Claire |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Linda Harter, counsel for Defendant Omina Ritson, that the previously scheduled status conference for June 17, 2024 be vacated and that a new status conference date be set for July 29 at 9:00 am.

The reason for this request is that there are a number of videos to be turned over in discovery and there have been technical difficulties in getting these from the military base to the defense in a format that they can view them in.  Furthermore, Ms. Ritson has previously planned to be out of state with her children from June 15 – July 20 this summer.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period, through July

29, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 4, 2024

*/s/ Linda Harter*
LINDA HARTER
Assistant Federal Defender
Attorneys for Defendant
OMINA RITSON

Date: June 4, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: June 5, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE