LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
OMINA RITSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OMINA RITSON,<br><br>　　　　Defendant. | Case No.: 2:24-cr-0058 AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO SET HEARING TO RECALL BENCH WARRANT |

　　　Plaintiff United States of America, by and through its attorney of record, Special Assistant United States Attorney HEIKO COPPOLA, and defendant OMINA RITSON, both individually and by and through her counsel of record, Michael Heumann, hereby stipulate as follows:

　　1. On February 10, 2025, Mrs. Ritson did not appear at her court date and a warrant was issued.

　　2. Mrs. Ritson and Mr. Heumann have since reestablished contact and are now requesting a

hearing date to recall the warrant.

3. The earliest date convenient to counsel and the court is March 3, 2025. The parties are requesting the matter be calendared to recall the warrant on that date.

DATED: February 12, 2025						/s/ Michael Heumann
									MICHAEL HEUMANN
									Attorney for Defendant
									OMINA RITSON

DATED: February 12, 2025						Michele Beckwith
									Acting United States Attorney

									/s/ Heiko Coppola
									HEIKO COPPOLA
									Assistant United States Attorney

[~~PROPOSED~~] ORDER

IT IS SO FOUND AND ORDERED this 21st day of February, 2025.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2