```
ERIC GRANT
United States Attorney
ZACHARY MALINSKI
J. DOUGLAS HARMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMINA KHADIJAH RITSON,<br><br>Defendant. | CASE NO. 2:24-CR-00058-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING FOR MOTIONS IN LIMINE, MOTION TO SEVER, AND JURY TRIAL<br><br>DATE: November 17, 2025<br>TIME:   9:00 a.m.<br>COURT: Hon. Allison Claire |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, a hearing was set for Motions in Limine and Defendant's Motion to Sever on November 13, 2025.

2. By previous order, a jury trial was set for November 17, 2025.

3. The Court, on its own motion, vacated the hearing to hear motions and jury trial.

4. By this stipulation, the parties now move to continue the hearing on Motions in Limine and defendant's Motion to Sever until February 9, 2026.

5. By this stipulation, the parties also request to continue the jury trial until March 2, 2026, and to exclude time between November 17, 2025, and March 2, 2026, under Local Code T4.

6. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports, related documentation, and substantial video surveillance footage. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the charges, review discovery, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 17, 2025 to March 2, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

///
///
///
///
///
///

must commence.

        IT IS SO STIPULATED.

Dated: November 14, 2025

ERIC GRANT
United States Attorney

/s/ *Zachary Malinski*
ZACHARY MALINSKI
J. DOUGLAS HARMAN
Assistant United States Attorneys

Dated: November 14, 2025

/s/ *Michael Heumann*
MICHAEL HEUMANN
Counsel for Defendant
OMINA KHADIJAH RITSON

*(Approved via email 11/14)*

## [~~PROPOSED~~] ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, sets the hearing on Motions in Limine and defendant's Motion to Sever for February 9, 2026. The Court further orders that the jury trial is set for March 2, 2026 as requested.

DATED: November 17, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE