Etan Zaitsu [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
OMINA RITSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OMINA RITSON,<br>Defendant. | Case No.: 2:24-CR-00058 AC<br>**[~~PROPOSED~~] ORDER**<br>Court: Hon. Allison Claire |

Having considered Defendant's Request to Seal Documents pursuant to Local Rule 141, the Court finds good cause supports sealing the identified exhibits, and that protecting the privacy of those whose information the exhibits pertain outweigh the public's general interest in access to these materials. Therefore, IT IS HEREBY ORDERED that Exhibits A, B, C, D, and E submitted in support of Defendant's Motion to Extend Surrender Date, shall be filed and maintained UNDER SEAL.

IT IS SO ORDERED.

DATED: September 21, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE