Etan Zaitsu [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
OMINA RITSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OMINA RITSON,<br>Defendant. | Case No.: 2:24-CR-00058 AC<br>**[~~PROPOSED~~] ORDER SEALING THE SUPPLEMENTAL DECLARATION OF PRINCEDYLANNOVA RITSON AND EXHIBITS F, H, I, AND J**<br>Court: Hon. Allison Claire |

Pursuant to Local Rule 141, and good cause and compelling reasons appearing, IT IS HEREBY ORDERED that the Supplemental Declaration of PrinceDylannova Ritson and Exhibits F, H, I, and J, submitted in support of Defendant's Reply in Support of Motion to Extend Self-Surrender Date, shall be filed and maintained under seal until further order of the Court.

IT IS SO ORDERED.

Dated: September 28, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE