UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

OMINA KHADIJAH RITSON,

Defendant.

No. 2:24-cr-0058 AC

ORDER

Defendant Omina Ritson was sentenced on June 8, 2026, to six months imprisonment; she was ordered to self-surrender on September 29, 2026. EF Nos. 56, 68. She now moves for an extension of her self-surrender date to February 28, 2027. ECF No. 64; see also ECF No. 70 (exhibits). The government opposes the motion. ECF No. 71. Defendant replied. ECF No. 75; see also ECF No. 78 (exhibits).

The decision whether to extend a self-surrender deadline is within the court's discretion. See United States v. Fower, 30 F.4th 823, 827 (9th Cir. 2022) ("If the circumstances warrant, a district court may delay the imposition of sentence or extend the time to surrender to the BOP[.]"). The self-surrender date in this case was initially set for approximately three and a half months after sentencing, in order to accommodate defendant's complicated family needs including the care of a disabled child, the recent birth of a sixth minor child, and the family's anticipated move from California to the Washington, D.C. area due to her husband's military

reassignment. Ms. Riston represents among other things that although most matters related to the family's relocation have been addressed, her infant is still nursing, the family cannot pay for the on-base childcare for which they are registered until they receive an anticipated tax refund next February, and services for her autistic son are still being finalized. See ECF Nos. 64, 70, 78.

Having fully considered the positions of the parties, the court finds good cause to grant the requested extension of the self-surrender date. However, defendant is advised that she will be held to her commitment to seek no further extensions. See ECF No. 64 at 6:16-17 ("Ms. Ritson… commits that she will seek no further extension.").4cr58

Accordingly, IT IS HEREBY ORDERED that defendant's motion to extend her self-surrender date (ECF No. 64) is GRANTED. Defendant shall surrender to the U.S. Marshal in Baltimore, Maryland no later than 12:00 p.m. on February 28, 2027.

DATED: September 28, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE